**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   17-10131 |
| Plaintiff-Appellee, | D.C. No. 4:09-cr-00829-RCC |
| v. | |
| MICHEL MARTINEZ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted December 18, 2017[**]

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Michel Martinez appeals the district court's order denying his motion for a

sentence reduction under 18 U.S.C. § 3582(c)(2).  We have jurisdiction under 28

U.S.C. § 1291, and we vacate the court's order and remand for further proceedings.

There was no dispute in the district court that, because Amendment 782

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

lowered Martinez's Guidelines range, he was statutorily eligible for a sentence reduction. The court declined to grant a reduction, however, "[a]fter reviewing the facts of this case." It provided no further explanation. Martinez contends that this explanation was inadequate. We agree that greater elaboration was required. *See United States v. Trujillo*, 713 F.3d 1003, 1009-1011 (9th Cir. 2013).

**VACATED** and **REMANDED.**

17-10131